**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Richard Deus
Plaintiff,
v.

US Bank National Association as Trustee for
Structured Asset Securities Corporation Mortgage
Pass−Through Certificates, Series 2007−BC4, et al.
Defendant.

Case No.:
1:19−cv−00132−MSM−LDA

## ORDER OF COURT

The plaintiff is hereby ordered to file a status report by January 31, 2020 advising the court of the current status of the above−referenced case.

It is so ordered.

January 17, 2020

By the Court:

/s/ Mary S. McElroy
United States District Judge