# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD DEUS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4; ALIAS OCWEN MORTGAGE SERVICING, LLC,<br><br>　　　　Defendants. | C.A. No. 19-cv-132-WES-LDA |

## STIPULATION OF DISMISSAL

　　　　The Defendants US Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4, and Ocwen Mortgage Servicing, LLC, and the Plaintiff, Richard Deus, stipulate that the above-referenced matter is dismissed with prejudice, without costs or attorney's fees to any party, and with all rights to appeal waived. The stipulation of dismissal only applies and extends to claims arising prior to July 1, 2019.

*[SIGNATURE PAGE FOLLOWS]*

1017396\307383949.v1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| RICHARD DEUS | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4, and OCWEN LOAN SERVICING, LLC, |
| By His Attorney | |
| | By Their Attorneys, |
| */s/ John B. Ennis* <br> John B. Ennis, Bar No. 2135 <br> 1200 Reservoir Avenue <br> Cranston, RI 02920 <br> 401-943-9230 <br> jbelaw75@gmail.com | */s/ Samuel C. Bodurtha* <br> Samuel C. Bodurtha, Bar No. 7075 <br> Jamal D. Burk, Bar No. 9550 <br> HINSHAW & CULBERTSON LLP <br> 56 Exchange Terrace <br> Providence, RI 02903 <br> 401-751-0842, 401-751-0072 (facsimile) <br> sbodurtha@hinshawlaw.com <br> jburk@hinshawlaw.com |

Dated:  January 25, 2021

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 25, 2021.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha

1017396\307383949.v1